AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:15MJ 76 |
| JOSE PENA | ) |
| GENESI LEDESMA | ) |
| | ) |

*Defendant(s)*

FILED
FEB -6 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 18, 2014__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1), & 846 | Defendant did unlawfully, knowingly and intentionally combine, conspire, and confederate and agree, with others known and unknown, to unlawfully, knowingly and intentionally distribute and posses with intent to distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

(See attached affidavit.)

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Trish Haynes/James Levine

_____
*Complainant's signature*

SA Michael S. Triglia, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/6/15

City and state: __Alexandria, Virginia__

/s/Thomas Rawles Jones, Jr.
*Judge's signature*

Hon. Thomas Rawles Jones, Jr.,
U.S. Magistrate Judge

*Printed name and title*