AO 442 (Rev. 01/09) Arrest Warrant

9727458

FILED
FEB - 6 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| GENESI LEDESMA | ) Case No. 1:15CR76 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GENESI LEDESMA
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Defendant did unlawfully, knowingly and intentionally combine, conspire, and confederate and agree, with others known and unknown, to unlawfully, knowingly and intentionally distribute and posses with intent to distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance., in violation of 21 USC §§ 841(a)(1), & 846.

Date: 2/6/15

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

City and state: Alexandria, Virginia

### Return

This warrant was received on *(date)* 2/6/15, and the person was arrested on *(date)* 2/6/15
at *(city and state)* MANASSAS, VA

Date: 2/9/15

Arresting officer's signature

MICHAEL S. TRIGUA, TFA
*Printed name and title*