AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Jose Peno + Genesi Ledesma<br>Defendant | ) ) ) ) ) Case No. 1:15mj76 |

FEB 9 2015

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Courtroom No.: 400 |
|---|---|
| | Date and Time: 02/11/15 @ 2pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 9 feb 15

/s/
Ivan D. Davis
United States Magistrate Judge

Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*